FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| Marneris, Ilias & Marneris, Beata | Chapter **7** _____ |
| <div align="center">Debtor(s)</div> | |

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Marneris, Ilias & Marneris, Beata** | **X** */s/ Ilias Marneris* | **12/05/2014** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | **X** */s/ Beata Marneris* | **12/05/2014** |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Marneris, Ilias** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Marneris, Beata** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **2593** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **7699** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1532 Parkside Dr<br>Bolingbrook, IL**<br><div align="right">ZIPCODE **60490-3244**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1532 Parkside Dr<br>Bolingbrook, IL**<br><div align="right">ZIPCODE **60490-3244**</div> |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address)<br><div align="right">ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIPCODE</div> | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.)<br><br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | **Nature of Business**<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)<br>☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                           Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Marneris, Ilias & Marneris, Beata** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
|---|---|

X **/s/ Mazyar M. Hedayat**                                                  **12/05/14**
   Signature of Attorney for Debtor(s)                                              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                       Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Marneris, Ilias & Marneris, Beata** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ilias Marneris**
Signature of Debtor                               **Ilias Marneris**

X **/s/ Beata Marneris**
Signature of Joint Debtor                     **Beata Marneris**

Telephone Number (If not represented by attorney)

**December 5, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Mazyar M. Hedayat**
Signature of Attorney for Debtor(s)

**Mazyar M. Hedayat 6226806**
**M. Hedayat & Associates, P.C.**
**1211 W Lakeview Ct**
**Romeoville, IL 60446-6501**
**(630) 378-2200 Fax: (630) 447-0067**
**mhedayat@mha-law.com**

**December 5, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**IN RE** Marneris, Ilias & Marneris, Beata                                    Case No. _____

<div align="center">Debtor(s)</div>

<div align="center">

**VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**

</div>

All Other Names used by the Debtor in the last 8 years:

    **Ilias Marneris**
    **Ilias Marneris**
    **Louis Marneris**
    **Louis Marneris**

All Other Names used by the Joint Debtor in the last 8 years:

    **Beata Marneris**
    **Beata Marneris**
    **Beata Marneris**
    **Beata Marneris**

B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                    Case No. _____

**Marneris, Ilias & Marneris, Beata** _____    Chapter **7** _____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 265,000.00 | | |
| B - Personal Property | Yes | 3 | $ 2,235.43 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 383,160.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $ 24,393.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | $ 1,054,019.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 3,566.66 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 3,319.00 |
| TOTAL | | 46 | $ 267,235.43 | $ 1,461,574.37 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                    Case No. _____

Marneris, Ilias & Marneris, Beata _____   Chapter **7** _____
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **24,393.56** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **24,393.56** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **3,566.66** |
| Average Expenses (from Schedule J, Line 22) | $ | **3,319.00** |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | **1,833.33** |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | **119,160.99** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **24,393.56** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | **0.00** |
| 4. Total from Schedule F | | | $ | **1,054,019.82** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | **1,173,180.81** |

**B6A (Official Form 6A) (12/07)**

**IN RE** Marneris, Ilias & Marneris, Beata _____   Case No. _____

_____

Debtor(s)                                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1532 Parkside Dr, Bolingbrook, IL 60490-3244 debtors primary residence** | **Tenancy by the Entirety** | **J** | **264,000.00** | **383,160.99** |
| **6519 S Emerald Ave, Chicago, IL 60621-2613 Vacant: formerly a 3 bedroom single family home. Structure torn down by City of Chicago. Debtor does not wish to keep property.** | **Fee Simple** | **H** | **1,000.00** | **0.00** |
| | | **TOTAL** | **265,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE __Marneris, Ilias & Marneris, Beata__ _____    Case No. _____
          Debtor(s)                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash in pocket** | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Chase: Ouzo Inc., DBA Chris's Restaraunt and Lounge** | H | 1,085.43 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **4 bedroom household goods** | J | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Husband and Wife apparel** | J | 500.00 |
| 7.  Furs and jewelry. | | **Husbands wedding ring** | H | 50.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Marneris, Ilias & Marneris, Beata** _____   Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata** _____    Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.   Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **2,235.43** |

<div align="right">(Include amounts from any continuation sheets attached.<br>Report total also on Summary of Schedules.)</div>

_____ **0** continuation sheets attached

**B6C (Official Form 6C) (04/13)**

**IN RE** Marneris, Ilias & Marneris, Beata _____    Case No. _____
                                                        Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1532 Parkside Dr, Bolingbrook, IL 60490-3244** | **735 ILCS 5 §12-1001(b)** | **0.00** | **264,000.00** |
| | **735 ILCS 5 §12-901** | **30,000.00** | |
| **debtors primary residence** | **11 USC § 522(b)(3)(B)** | **71,888.86** | |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash in pocket** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Checking account with Chase: Ouzo Inc., DBA Chris's Restaraunt and Lounge** | **735 ILCS 5 §12-1001(b)** | **1,085.43** | **1,085.43** |
| **4 bedroom household goods** | **735 ILCS 5 §12-1001(b)** | **500.00** | **500.00** |
| **Husband and Wife apparel** | **735 ILCS 5 §12-1001(b)** | **500.00** | **500.00** |
| **Husbands wedding ring** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE **Marneris, Ilias & Marneris, Beata**                    Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6176** <br><br>**Bank of America Home Loans** <br>**PO Box 650070** <br>**Dallas, TX  75265-0070** | | H | Escrow Account shortage <br>Balance- $77,905.57 <br>1532 Parkside Drive Bolingbrook IL | | | | 1,356.42 | |
| | | | VALUE $ **264,000.00** | | | | | |
| ACCOUNT NO. **2773** <br><br>**Green Tree Servicing L** <br>**332 Minnesota St Ste 610** <br>**Saint Paul, MN  55101-7707** | | H | Mortgage account- CINcompass Added <br>1532 Parkside Drive Bolingbrook IL <br>2007-03-01 | | | | 303,899.00 | 119,160.99 |
| | | | VALUE $ **264,000.00** | | | | | |
| ACCOUNT NO. **6168** <br><br>**Real Time Resolution** <br>**1750 Regal Row Ste 120** <br>**Dallas, TX  75235-2287** | | H | Real Time Resolution purchased the home loan from BOA <br>#164966168 1532 Parkside Drive Bolingbrook IL 60490 <br><br>First Mortgage | | | | 77,905.57 | |
| | | | VALUE $ **264,000.00** | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ **0** continuation sheets attached

Subtotal
(Total of this page) $ **383,160.99**    $ **119,160.99**

Total
(Use only on last page) $ **383,160.99**    $ **119,160.99**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

IN RE **Marneris, Ilias & Marneris, Beata** _____   Case No. _____
                 Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **4** continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                                                Case No. _____
_____
                         Debtor(s)                                                                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **798A**<br>**Chicago Department of Revenue<br>Chicago Department of Revenue<br>333 S State St Ste 540<br>Chicago, IL  60604-3951** | | H | Citation # 06T062642 | | | | **1,050.00** | **1,050.00** | |
| ACCOUNT NO. **888L**<br>**City of Chicag<br>121 N La Salle St<br>Chicago, IL  60602-1202** | | H | Streets and San 6519 S Emerald Ave. Chicago, IL | | | | **640.00** | **640.00** | |
| ACCOUNT NO. **4211**<br>**City of Chicago<br>Markoff Law LLC<br>29 N Wacker Dr Ste 550<br>Chicago, IL  60606-2851** | | H | Other Reference number listed on the collection letter from Markoff Law LLC- 13CP088253 | | | | **5,584.21** | **5,584.21** | |
| ACCOUNT NO. **4084**<br>**City of Chicago<br>Markoff Law LLC<br>29 N Wacker Dr Ste 550<br>Chicago, IL  60606-2851** | | H | Municiple code violation- Uncut weeds 6519 S Emerald Ave Chicago IL.  Other Reference number 13DS84329L | | | | **1,602.52** | **1,602.52** | |
| ACCOUNT NO. **5772**<br>**City of Chicago<br>Markoff Law LLC<br>29 N Wacker Dr Ste 550<br>Chicago, IL  60606-2851** | | H | 13DS87190L- Municipal violation; uncut weeds an accumulation of materials or junk- potential rat harborage.  6519 S Emerald | | | | **2,377.94** | **2,377.94** | |
| ACCOUNT NO. **349L**<br>**City of Chicago<br>City of Chicago Administrative Hearings<br>PO Box 71429<br>Chicago, IL  60694-1429** | | H | Citation Number 75349L- Uncut weeds 6519 S Emerald Ave. Chicago Il | | | | **1,242.14** | **1,242.14** | |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims
                                   Subtotal
(Totals of this page)  $ **12,496.81**  $ **12,496.81**  $

                                   Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

                                   Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2117**<br>**City of Chicago**<br>**Markoff & Krasny**<br>**29 N Wacker Dr Ste 550**<br>**Chicago, IL  60606-2851** | | H | **Docket # 10DS008352 Citation # S000306355-  Streets and Sanitation- 7640 S Marquette** | | | | **439.23** | **439.23** | |
| ACCOUNT NO. **251L**<br>**City of Chicago**<br>**City of Chicago Administrative Hearings**<br>**PO Box 71429**<br>**Chicago, IL  60694-1429** | | H | **Docket # 13DS87251L -Uncut Weeds-  6519 S Emerald Ave. Chicago IL.** | | | | **1,240.00** | **1,240.00** | |
| ACCOUNT NO. **1939**<br>**City of Chicago**<br>**Markoff Krasny LLC**<br>**29 N Wacker Dr Ste 550**<br>**Chicago, IL  60606-2851** | | H | **Docket # 11DS38208L- Streets and Sanitation for 4715 S Avers Ave** | | | | **1,085.37** | **1,085.37** | |
| ACCOUNT NO. **506L**<br>**City of Chicago**<br>**City of Chicago Administrative Hearings**<br>**PO Box 71429**<br>**Chicago, IL  60694-1429** | | H | **Citation Number 41506L- 6519 S Emerald Ave Streets and sanatation fine.** | | | | **290.50** | **290.50** | |
| ACCOUNT NO. **8351**<br>**City of Chicago**<br>**Dept. of Revenue**<br>**121 N La Salle St Rm 107A**<br>**Chicago, IL  60602-1232** | | H | **Citation # S000306356 Streets & Sanitation Violation at 7640 Marquette** | | | | **340.00** | **340.00** | |
| ACCOUNT NO. **085A**<br>**City of Chicago**<br>**Dept. of Revenue**<br>**121 N La Salle St Rm 107A**<br>**Chicago, IL  60602-1232** | | H | **Citation # 10SO260211 Building violation at 7640 S Marquette Ave** | | | | **3,040.50** | **3,040.50** | |

Sheet no. ___**2**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **6,435.60**  $ **6,435.60**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $        $

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
_____
           Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **352L**<br>**City of Chicago**<br>**Dept. of Revenue**<br>**121 N La Salle St Rm 107A**<br>**Chicago, IL  60602-1232** | | H | **Citation # 66352L Streets & Sanitation violation at 6519 S Emerald Ave** | | | | **1,240.00** | **1,240.00** | |
| ACCOUNT NO. **3568**<br>**City of Chicago**<br>**Dept. of Revenue-Water**<br>**PO Box 6330**<br>**Chicago, IL  60680-6330** | | H | **7322 S Kingston Ave Unpaid water bill from 2011- attached was a reciept for $300** | | | | **251.21** | **251.21** | |
| ACCOUNT NO. **229L**<br>**City of Chicago**<br>**City of chiago Administrative Hearings**<br>**PO Box 71429**<br>**Chicago, IL  60694-1429** | | H | **6519 S Emerald Ave Streets and Sanitation- Uncut weeds** | | | | **1,242.14** | **1,242.14** | |
| ACCOUNT NO. **2081**<br>**City of Chicago**<br>**111 W Jackson Blvd Ste 600**<br>**Chicago, IL  60604-3517** | | H | **Expired license Plates** | | | | **146.40** | **146.40** | |
| ACCOUNT NO. **3955**<br>**City of Chicago**<br>**111 W Jackson Blvd Ste 600**<br>**Chicago, IL  60604-3517** | | H | **Expired License Plates** | | | | **146.40** | **146.40** | |
| ACCOUNT NO. **208L**<br>**City of Chicago**<br>**8212 Innovation Way**<br>**Chicago, IL  60682-0082** | | H | **Citation # 38208L- Dept Streets and Sanatation-6519 S Emerald Ave** | | | | **840.00** | **840.00** | |

Sheet no. ___**3**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | Subtotal (Totals of this page) | $ **3,866.15** | $ **3,866.15** | $ |
|---|---|---|---|---|---|
| | | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

IN RE **Marneris, Ilias & Marneris, Beata** _____    Case No. _____

_____ Debtor(s) _____    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **675L** <br><br>**City of Chicago** <br>**City of Chicago** <br>**8212 Innovation Way** <br>**Chicago, IL  60682-0082** | | H | RE: Streets and Sanitation - 6519 s  Emerald Ave | | | | **1,240.00** | **1,240.00** | |
| ACCOUNT NO. **6352** <br><br>**Illinois Department of Revenue** <br>**PO Box 64338** <br>**Chicago, IL  60664-0338** | | H | Re; Ouzo Inc Require additional tax information | | | | **250.00** | **250.00** | |
| ACCOUNT NO. **2006** <br><br>**Illinois Secretary of State** <br>**Business Services Department** <br>**501 S 2nd St Rm 350** <br>**Springfield, IL  62756-1000** | | H | Ouzo Inc., Past due Corporation fees | | | | **105.00** | **105.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **1,595.00** | $ **1,595.00** | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ **24,393.56** | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ **24,393.56** | $ |

**B6F (Official Form 6F) (12/07)**

**IN RE** <u>Marneris, Ilias & Marneris, Beata</u> _____   Case No. _____

          Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2598** <br> **10 Peoples Gas Light and Coke 266** | | W | Open account <br> Unknown | | | | 132.00 |
| ACCOUNT NO. <br> Cci <br> Augusta, GA  30901 | | | Assignee or other notification for: <br> **10 Peoples Gas Light and Coke 266** | | | | |
| ACCOUNT NO. <br> **Abraham V Jacob M.D.** <br> **422 Lavergne Ave** <br> **Wilmette, IL  60091-2902** | | H | Medical bills- Consultation with Dr. | | | | 808.49 |
| ACCOUNT NO. **4897** <br> **Accounts Receivable Management Inc.** <br> **PO Box 129** <br> **Thorofare, NJ  08086-0129** | | W | Original Creditor AALLC/ World Financial Nat #11 -29211270 | | | | 1,487.75 |

      <u>   27  </u> continuation sheets attached

Subtotal <br> (Total of this page)   $ **2,428.24**

Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9305**<br>**ACN**<br>**1000 Progress Pl**<br>**Concord, NC  28025-2449** | | W | **Ditigal phone service bill** | | | | **39.23** |
| ACCOUNT NO. **5122**<br>**Adventist Bolingbrook Hospital**<br>**PO Box 9247**<br>**Oak Brook, IL  60522-9247** | | H | **Medical Bill** | | | | **581.94** |
| ACCOUNT NO. **0681**<br>**Adventist Bolingbrook Hospital**<br>**PO Box 9247**<br>**Oak Brook, IL  60522-9247** | | W | **Medical Bill** | | | | **585.64** |
| ACCOUNT NO. **1209**<br>**Alliance One Receivables Mangement, Inc.**<br>**4850 E Street Rd Ste 300**<br>**Trevose, PA  19053-6643** | | H | **Ambit Energy**<br>**2014-04-01** | | | | **209.56** |
| ACCOUNT NO.<br>**Allianceone**<br>**1684 Woodlands Dr Ste 15**<br>**Maumee, OH  43537-4093** | | | **Assignee or other notification for:**<br>**Alliance One Receivables Mangement, Inc.** | | | | |
| ACCOUNT NO. **3615**<br>**Allied Interstate**<br>**PO Box 4000**<br>**Warrenton, VA  20188-4000** | | W | **Original Creditor: HSBC Bank Nevada 5418;**<br>**Current Creditor LVNV Fuinding LLC 3579** | | | | **3,634.98** |
| ACCOUNT NO. **2350**<br>**Allied Waste**<br>**2608 S Damen Ave**<br>**Chicago, IL  60608-5209** | | H | **Service bill- Waste disposial at 7322 S Kingston Ave** | | | | **369.18** |

Sheet no. ___**1**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **5,420.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
                                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6542**<br>**American Profit Recovery**<br>**34405 W 12 Mile Rd Ste 379**<br>**Farmington Hills, MI  48331-5608** | | J | **Scotts LawnService** | | | | **130.10** |
| ACCOUNT NO. **2329**<br>**Americollect**<br>**PO Box 1566**<br>**Manitowoc, WI  54221-1566** | | W | **Peoples gas account** | | | | **Notice Only** |
| ACCOUNT NO. **2983**<br>**Archer Bank**<br>**4970 S Archer Ave Apt Bank**<br>**Chicago, IL  60632-3623** | | H | **Amount due- $2,091.60 Principal Balance $148,650.04** | | | | **148,650.04** |
| ACCOUNT NO. **2006**<br>**Archer Heights Condominium Association**<br>**Dickler, Kahn, Slowikowski & Zavell., LT**<br>**85 W Algonquin Rd Ste 420**<br>**Arlington Heights, IL  60005-4419** | | J | **Archer Heights Condominium Association fees** | | | | **907.53** |
| ACCOUNT NO. **2978**<br>**Associated Creditors Exchange, INC.**<br>**PO Box 33130**<br>**Phoenix, AZ  85067-3130** | | J | **Elan Financial Services Debt Account # 4037691834000437** | | | | **Notice Only** |
| ACCOUNT NO. **9849**<br>**Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA  92046-9046** | | W | **Sears/Cbna account 5121075018273495 2003-01-01** | | | | **9,418.89** |
| ACCOUNT NO. **8240**<br>**Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA  92046-9046** | | W | **Department Stores National Bank Account number-4019811450015350** | | | | **Notice Only** |

Sheet no. ___**2**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **159,106.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                    Case No. _____
              Debtor(s)                                (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1432**<br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL  60507-8100** | | H | **Ouzo Inc.** | | | | **416.84** |
| ACCOUNT NO. **5982**<br>**Baker and Miller PC**<br>**29 N Wacker Dr Ste 500**<br>**Chicago, IL  60606-3227** | | W | **LVNV Funding LLC HSBC Bank Nevada NA** | | | | **3,396.39** |
| ACCOUNT NO. **9457**<br>**Bay Area Credit Service LLc**<br>**1901 W 10th St**<br>**Antioch, CA  94509-1380** | | W | **Account from The Gap** | | | | **Notice Only** |
| ACCOUNT NO. **8210**<br>**Blatt, Hasenmiller, Leibsker & Moore, LL**<br>**125 S Wacker Dr Ste 400**<br>**Chicago, IL  60606-4424** | | W | **U.S. Bank National Association- Account #**<br>**4037691834000437**<br>**2011-04-01** | | | | **Notice Only** |
| ACCOUNT NO.<br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA  23541-1067** | | | **Assignee or other notification for:**<br>**Blatt, Hasenmiller, Leibsker & Moore, LL** | | | | |
| ACCOUNT NO. **8926**<br>**Blatt, Hasenmiller, Leibsker & Moore, LL**<br>**125 S Wacker Dr Ste 400**<br>**Chicago, IL  60606-4424** | | W | **Original creditor- World Financial Network;**<br>**Creditor Portfolio Recovery Associates LLC** | | | | **2,546.20** |
| ACCOUNT NO. **6935**<br>**Blitt and Gaines**<br>**661 Glenn Ave**<br>**Wheeling, IL  60090-6017** | | W | **Unifund CCR Partners- Original creditors CitiBank**<br>**NA-# 5121075018273495** | | | | **10,668.08** |

Sheet no. **3** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,027.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                              Case No. _____
_____
Debtor(s)                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5350**<br>**Capital Mangement Service, LP**<br>**726 Exchange St Ste 700**<br>**Buffalo, NY  14210-1464** | | W | **Creditor for Department Stores National Bank** | | | | **2,704.68** |
| ACCOUNT NO. **V033**<br>**Cavalary Portofolio Services, LLC**<br>**NES of Ohio**<br>**29125 Solon Rd**<br>**Solon, OH  44139-3442** | | W | **Cavalary Portofolio Services, LLC ID- 14386621** | | | | **1,877.29** |
| ACCOUNT NO. **2620**<br>**CB Accounts INC**<br>**124 SW Adams St**<br>**Peoria, IL  61602-1320** | | J | **VHs Cenesis Labs, INC.** | | | | **Notice Only** |
| ACCOUNT NO. **0352**<br>**CBCS**<br>**30 E Broad St Fl 14**<br>**Columbus, OH  43215-3414** | | W | **Kohls Department Store/Capital One-**<br>**6393050309127603**<br>**2000-10-04** | | | | **1,286.73** |
| ACCOUNT NO. **8124**<br>**CBCS**<br>**PO Box 163250**<br>**Columbus, OH  43216-3250** | | W | **Integrys Energy account** | | | | **132.36** |
| ACCOUNT NO. **9068**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | W | **Revolving account**<br>**2007-04-01** | | | | **8,209.00** |
| ACCOUNT NO. **0505**<br>**Chase Bank** | | H | **Open account**<br>**2011-11-01** | | | | **713.00** |

Sheet no. ___**4**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,923.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** <u>Marneris, Ilias & Marneris, Beata</u>                                    Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Pinnacle Credit Servic** <br> **7900 Highway 7 # 100** <br> **Saint Louis Park, MN  55426-4045** | | | Assignee or other notification for: <br> Chase Bank | | | | |
| ACCOUNT NO. **2598** <br> **Chase Bank USA N.A.** <br> **PO Box 15298** <br> **Wilmington, DE  19850-5298** | | W | Open account <br> 2011-09-01 | | | | 14,296.20 |
| ACCOUNT NO. <br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA  92123-2255** | | | Assignee or other notification for: <br> Chase Bank USA N.A. | | | | |
| ACCOUNT NO. **2894** <br> **Chase Bank USA N.A.** | | W | Open account <br> 2011-07-01 | | | | 1,589.00 |
| ACCOUNT NO. <br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA  92123-2255** | | | Assignee or other notification for: <br> Chase Bank USA N.A. | | | | |
| ACCOUNT NO. **6676** <br> **Chase Receivables** <br> **1247 Broadway** <br> **Sonoma, CA  95476-7503** | | W | Credit card debt | | | | 1,348.68 |
| ACCOUNT NO. **9435** <br> **Choice Recovery, INC** <br> **1550 Old Henderson Rd Ste S100** <br> **Columbus, OH  43220-3662** | | H | Open account- Parkside Immaging SC- 17552155 <br> 2014-03-01 | | | | **Notice Only** |

Sheet no. _____ **5** of _____ **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $  **17,233.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
_____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Choice Recovery<br>1550 Old Henderson Rd<br>Columbus, OH  43220-3626** | | | Assignee or other notification for:<br>**Choice Recovery, INC** | | | | |
| ACCOUNT NO. **6723**<br>**City Ntl Bk/Ocwen Loan Service<br>Attn: Bankruptcy<br>PO Box 24738<br>West Palm Beach, FL  33416-4738** | | J | **Mortgage account Property located at 3838 West 47th Street 3nw Chicago IL 60632- Property was sold at a judical sale<br>2005-04-01** | | | | **74,559.00** |
| ACCOUNT NO. **7415**<br>**Client Services<br>3451 Harry S Truman Blvd<br>Saint Charles, MO  63301-4047** | | W | Re: US Bank | | | | **Notice Only** |
| ACCOUNT NO. **2350**<br>**CMI Credit Mediators Inc.<br>PO Box 456<br>Upper Darby, PA  19082-0456** | | H | Allied Waste Services # 710 | | | | **904.65** |
| ACCOUNT NO. **0110**<br>**CMRE Financial Services Inc.<br>3075 E Imperial Hwy # 200<br>Brea, CA  92821-6753** | | W | Rad Advantage Account- 075000340411 | | | | **Notice Only** |
| ACCOUNT NO. **6706**<br>**CMRE Financial services Inc.<br>3075 E Imperial Hwy # 200<br>Brea, CA  92821-6753** | | H | Collection agency- Unnamed source- | | | | **Notice Only** |
| ACCOUNT NO. **6404**<br>**CMRE Financial Services. INC.<br>3075 E Imperial Hwy # 200<br>Brea, CA  92821-6753** | | H | RadAdvantage account - 075000338622 | | | | **Notice Only** |

Sheet no. ___**6**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **75,463.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** **Marneris, Ilias & Marneris, Beata**                    Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3026**<br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL  60197-6111** | | H | Chris's Restaurant-Ouzo Inc 801 St Route 83 Bensenville Il 60106 | | | | 1,485.51 |
| ACCOUNT NO. **6501**<br>**COOK COUNTY, ILLINOIS - 1ST MUNICIPAL D1**<br>50 W Washington St Rm 601<br>Chicago, IL  60602-1313 | | H | Judgment account opened 12/21/2010- Archer Heights Condo Association | | | | 1,079.00 |
| ACCOUNT NO. **6501**<br>**COOK COUNTY, ILLINOIS - 1ST MUNICIPAL D1** | | W | Judgment account opened 12/10/2010- Archer Heights Condo Assocation | | | | 1,078.00 |
| ACCOUNT NO. **6501**<br>**COOK LAW MAGISTRATE - CHICAGO**<br>50 W Washington St Rm 601<br>Chicago, IL  60602-1313 | | W | LawSuit account opened 11/5/2010- Archer Heights condo association | | | | 877.00 |
| ACCOUNT NO. **7099**<br>**COOK LAW MAGISTRATE-**<br>50 W Washington St Rm 601<br>Chicago, IL  60602-1313 | | H | Judgment account opened 12/29/2009 | | | | 1,459.00 |
| ACCOUNT NO. **2350**<br>**Credit Mediators Inc**<br>**PO Box 456**<br>**Upper Darby, PA  19082-0456** | | H | Credit card debt | | | | 904.65 |
| ACCOUNT NO. **6676**<br>**Creditor Asset Acceptance LLC**<br>**Chase Receivables**<br>**1247 Broadway**<br>**Sonoma, CA  95476-7503** | | W | Chase account | | | | 1,348.68 |

Sheet no. _____**7**__ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,231.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata** _____    Case No. _____
                                    Debtor(s)                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7C46**<br>**Creditors Financial Group LLC**<br>**3131 S Vaughn Way Ste 110**<br>**Aurora, CO  80014-3501** | | W | Re: US Bank Account 403769183400037 | | | | **Notice Only** |
| ACCOUNT NO. **0437**<br>**Creditors Financial Group LLC**<br>**PO Box 440290**<br>**Aurora, CO  80044-1500** | | W | **Account stemming from Elan Financial** | | | | **Notice Only** |
| ACCOUNT NO. **1BB3**<br>**Creditors Interchange Receivable Mgmt**<br>**80 Holtz Dr**<br>**Cheektowaga, NY  14225-1470** | | W | **TJ Max Credit Card** | | | | **1,320.09** |
| ACCOUNT NO. **3420**<br>**Department Stores National Bank Macys**<br>**Department Stores National Bank**<br>**PO Box 8066**<br>**Mason, OH  45040-8066** | | W | **Revolving account**<br>**2001-04-01** | | | | **4,144.00** |
| ACCOUNT NO. **2006**<br>**Dickler, Kahn, Slowikowski & Zavell LTD**<br>**85 W Algonquin Rd**<br>**Arlington Heights, IL  60005-4422** | | J | **Archer Heights Condominium Assoc. Fees** | | | | **2,808.94** |
| ACCOUNT NO.<br>**Dino Dimakis**<br>**801 IL Route 83**<br>**Bensenville, IL  60106-1219** | | H | **Lease for a restaurant space in Bensenville** | | | | **7,000.00** |
| ACCOUNT NO. **4429**<br>**Discover Fin Svcs LLC**<br>**PO Box 15316**<br>**Wilmington, DE  19850-5316** | | W | **Revolving account**<br>**2002-12-01** | | | | **6,550.01** |

Sheet no. ___**8**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **21,823.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Marneris, Ilias & Marneris, Beata _____   Case No. _____
_____Debtor(s)_____                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7222**<br>**DU PAGE LAW MAGISTRATE**<br>**Office of the Circuit Court Clerk**<br>**505 N County Farm Rd Box 707**<br>**Wheaton, IL  60187-3907** | | J | Judgment account opened 12/10/2010 | | | | 1,506.00 |
| ACCOUNT NO. **6855**<br>**Dupage Pathology Associates SC**<br>**520 E 22nd St**<br>**Lombard, IL  60148-6110** | | W | Medical bill | | | | 13.50 |
| ACCOUNT NO. **0437**<br>**Elan Financial Services**<br>**PO Box 790084**<br>**Saint Louis, MO  63179-0084** | | J | Credit card debt | | | | 25,896.71 |
| ACCOUNT NO. **6119**<br>**Emergency Healthcare phys B**<br>**PO Box 366**<br>**Hinsdale, IL  60522-0366** | | W | Medical Bill | | | | 155.00 |
| ACCOUNT NO. **1955**<br>**Emergency Healthcare Phys B**<br>**39182 Treasury Ctr**<br>**Chicago, IL  60694-9000** | | W | Medical Bill | | | | 83.00 |
| ACCOUNT NO. **0868**<br>**Emergency Healthcare Physician**<br>**2509 S Stoughton Rd**<br>**Madison, WI  53716-3314** | | W | Open account<br>2011-02-01 | | | | 97.00 |
| ACCOUNT NO.<br>**Osi Collect**<br>**507 Prudential Rd**<br>**Horsham, PA  19044-2308** | | | Assignee or other notification for:<br>**Emergency Healthcare Physician** | | | | |

Sheet no. **9** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,751.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata** _____ Case No. _____
Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4071**<br>**Emergency Healthcare Physician** | | H | **Open account**<br>**2011-09-01** | | | | **94.00** |
| ACCOUNT NO.<br>**Osi Collect**<br>**507 Prudential Rd**<br>**Horsham, PA  19044-2308** | | | **Assignee or other notification for:**<br>**Emergency Healthcare Physician** | | | | |
| ACCOUNT NO. **6244**<br>**Emergency Healthcare Physicians**<br>**2509 S Stoughton Rd**<br>**Madison, WI  53716-3314** | | H | **Medical Bill** | | | | **143.44** |
| ACCOUNT NO. **8459**<br>**ER Solution**<br>**10750 Hammerly Blvd # 200**<br>**Houston, TX  77043-2317** | | J | **JP Morgan Chase Bank, N.A. Account number-**<br>**111000000750779431** | | | | **Notice Only** |
| ACCOUNT NO. **7535**<br>**Fane Inc**<br>**SERPE FERDINAND P**<br>**1317 S 1st Ave**<br>**Maywood, IL  60153-2405** | | H | **Default judgment against Ouzo Inc.  Ouzo since**<br>**dissolved.** | | | | **165,000.00** |
| ACCOUNT NO. **9809**<br>**FBCS Services**<br>**2200 Byberry Rd Ste 120**<br>**Hatboro, PA  19040-3739** | | H | **Open account-Midland Credit Management, Inc.-**<br>**Ge Money Bank-7714120490110269**<br>**2011-12-01** | | | | **Notice Only** |
| ACCOUNT NO.<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2255** | | | **Assignee or other notification for:**<br>**FBCS Services** | | | | |

Sheet no. ___**10**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **165,237.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                        Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1630** <br><br> **Fenton & McGarvey Law Firm** <br> **2401 Stanley Gault Pkwy** <br> **Louisville, KY  40223-5187** | H | | Original creditor Chase Bank USA 1068 | | | | **Notice Only** |
| ACCOUNT NO. **1433** <br><br> **Financial Recovery Services, Inc.** <br> **PO Box 385908** <br> **Minneapolis, MN  55438-5908** | W | | Re: US Bank Account ending in 2243 | | | | **12,179.83** |
| ACCOUNT NO. **F851** <br><br> **Financial Recovery Services, Inc.** <br> **PO Box 385908** <br> **Minneapolis, MN  55438-5908** | W | | Re: US Bank Account ending in 3826 | | | | **Notice Only** |
| ACCOUNT NO. **P576** <br><br> **Financial Recovery Services, Inc.** <br> **PO Box 385908** <br> **Minneapolis, MN  55438-5908** | W | | Menards Account | | | | **3,243.62** |
| ACCOUNT NO. **3460** <br><br> **FirstSource Advantage LLC** <br> **205 Bryant Woods S** <br> **Amherst, NY  14228-3609** | W | | A World Financial Network National Bank debt creditor account ending in XXXXX9537 | | | | **Notice Only** |
| ACCOUNT NO. **0726** <br><br> **FirstSource Advantage LLC** <br> **205 Bryant Woods S** <br> **Amherst, NY  14228-3609** | W | | HSBC Bank Nevada account ending 5691 | | | | **3,004.23** |
| ACCOUNT NO. **2289** <br><br> **FMS Incorporated** <br> **4915 S Union Ave** <br> **Tulsa, OK  74107-7839** | W | | Original creditor- Department Stores National Bank; Northland Group Inc. F55309478 | | | | **Notice Only** |

Sheet no. __**11**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **18,427.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                     Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0835**<br>**Frederick Hanna & Assoc.**<br>**1427 Roswell Rd**<br>**Marietta, GA  30062-3668** | | W | **Collection on Chase Bank USA NA** | | | | 13,616.16 |
| ACCOUNT NO. **1600**<br>**Freedman Anselmo Lindberg**<br>**1771 W Diehl Rd Ste 150**<br>**Naperville, IL  60563-4947** | | W | **Cavalry SPV I LLC- GE Money Bank/Lowes account** | | | | 1,204.41 |
| ACCOUNT NO. **6530**<br>**Genesis Clinical Laboratory**<br>**PO Box 830913**<br>**Birmingham, AL  35283-0913** | | J | **Medical bills - Urinalysis/Culture** | | | | 10.00 |
| ACCOUNT NO. **6200**<br>**Genesis Clinical Laboratory**<br>**PO Box 830913**<br>**Birmingham, AL  35283-0913** | | W | **Medical Bills** | | | | 112.00 |
| ACCOUNT NO. **8255**<br>**Grove Dental Associates P.C.,**<br>**6800 Main St Ste 315**<br>**Downers Grove, IL  60516-3478** | | W | **Dental Bill** | | | | 1,506.00 |
| ACCOUNT NO. **2950**<br>**Gus J. Bahramis & Co P.C. CPA's**<br>**1645 S River Rd Ste 17**<br>**Des Plaines, IL  60018-2206** | | H | **Re: Ouzo inc** | | | | 2,650.00 |
| ACCOUNT NO. **1858**<br>**Holy Cross Hospital**<br>**Payment Processing Center**<br>**PO Box 2166**<br>**Bedford Park, IL  60499-2166** | | W | **Medical bill - Reference # 5346164** | | | | 76.51 |

Sheet no. __**12**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **19,175.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0169**<br>**I.C. System Inc.,**<br>**444 Highway 96 E**<br>**Saint Paul, MN  55127-2557** | | H | **Com Ed past due balance** | | | | 1,028.91 |
| ACCOUNT NO. **0NAT**<br>**I.C. System, INC**<br>**444 Highway 96 E**<br>**Saint Paul, MN  55127-2557** | | W | **HSBC Card Services** | | | | 2,750.10 |
| ACCOUNT NO. **1123**<br>**IndymacBank**<br>**PO Box 78826**<br>**Phoenix, AZ  85062-8826** | | H | **Home Loan on 7640 Marquette Ave Chicago IL--Total loan amount-259,574.40** | | | | 2,713.75 |
| ACCOUNT NO. **2106**<br>**Jacob Collection Group LLC**<br>**2623 W Oxford Loop**<br>**Oxford, MS  38655-5442** | | W | **Household Bank account # 1097425691** | | | | 3,306.49 |
| ACCOUNT NO. **1630**<br>**Jefferson Capital Systems LLC**<br>**Morgan & Pottinger, P.S.C. Attorneys at**<br>**2401 Stanley Gault Pkwy**<br>**Louisville, KY  40223-5187** | | H | **Chase Bank USA N.A. accoutn number-5401683049561068** | | | | **Notice Only** |
| ACCOUNT NO. **0405**<br>**Kalantzis Law Firm LLC**<br>**1861 Hicks Rd Ste B**<br>**Rolling Meadows, IL  60008-1239** | | W | **KPRG Investments, LLC as assignee of JP Morgan Chase Bank # 5401683063895046** | | | | 21,684.38 |
| ACCOUNT NO. **9297**<br>**Kevin B. Wilson Law Offices**<br>**2810 Walker Rd Ste 102**<br>**Chattanooga, TN  37421-1082** | | W | **Adventist Bolingbrook Hospital account** | | | | **Notice Only** |

Sheet no. __**13**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,483.63**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata** _____    Case No. _____
                                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9259** <br><br> **Kevin B. Wilson Law Offices** <br> **2810 Walker Rd Ste 102** <br> **Chattanooga, TN  37421-1082** | | H | **Adventist Bolingbrook Hospital Account** | | | | **Notice Only** |
| ACCOUNT NO. **9891** <br><br> **Kohner Mann & Kailas** <br> **4650 N Port Washington Rd** <br> **Milwaukee, WI  53212-1077** | | H | **Re: Ouzo Inc Society Insurance** | | | | **325.92** |
| ACCOUNT NO. **7680** <br><br> **Leading Edge Recovery Solutions, LLC** <br> **5440 N Cumberland Ave Ste 300** <br> **Chicago, IL  60656-1486** | | W | **GE Money Bank- JC Penney Consumer-  account-- Midland Funding LLC--8533434091** <br> **2010-01-01** | | | | **2,751.25** |
| ACCOUNT NO. <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA  92123-2255** | | | **Assignee or other notification for:** <br> **Leading Edge Recovery Solutions, LLC** | | | | |
| ACCOUNT NO. **4211** <br><br> **Markoff Law LLC** <br> **29 N Wacker Dr Ste 550** <br> **Chicago, IL  60606-2851** | | H | **Reference #- 13 CP 088253** | | | | **5,584.21** |
| ACCOUNT NO. **5772** <br><br> **Markoff Law LLC** <br> **29 N Wacker Dr Ste 550** <br> **Chicago, IL  60606-2851** | | H | **Reference # 13DS87190L** | | | | **2,377.94** |
| ACCOUNT NO. **4084** <br><br> **Markoff Law LLC** <br> **29 N Wacker Dr Ste 550** <br> **Chicago, IL  60606-2851** | | H | **13DS84329L- Uncut weeds for 6519 S Emerald Ave** | | | | **1,602.52** |

Sheet no. **14** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **12,641.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **rili** <br> **McKey & Poague R.E. Services Inc.** <br> **1348 E 55th St** <br> **Chicago, IL  60615-5381** | | J | Assessment fees | | | | 4,883.81 |
| ACCOUNT NO. **6781** <br> **Merchants' Credit Guide Co.** <br> **223 W Jackson Blvd # 700** <br> **Chicago, IL  60606-6914** | | W | Adventist Bolingbrook Hospital-1220681 <br> 2012-04-01 | | | | Notice Only |
| ACCOUNT NO. <br> **Merchants Cr** <br> **223 W Jackson Blvd Ste 400** <br> **Chicago, IL  60606-6974** | | | Assignee or other notification for: <br> Merchants' Credit Guide Co. | | | | |
| ACCOUNT NO. **7394** <br> **Merchants' Credit Guide Co.** <br> **223 W Jackson Blvd # 700** <br> **Chicago, IL  60606-6914** | | H | Adventist Bolingbrook Hospital- 1245122 <br> 2012-04-01 | | | | Notice Only |
| ACCOUNT NO. <br> **Merchants Credit Guide** <br> **223 W Jackson Blvd Ste 400** <br> **Chicago, IL  60606-6974** | | | Assignee or other notification for: <br> Merchants' Credit Guide Co. | | | | |
| ACCOUNT NO. **2297** <br> **Merchants' Credit Guide Co.** <br> **223 W Jackson Blvd # 700** <br> **Chicago, IL  60606-6914** | | W | Adventist Bolingbrook Hospital- Account - <br> 1195660 <br> 2011-09-01 | | | | Notice Only |
| ACCOUNT NO. <br> **Merchants Cr** <br> **223 W Jackson Blvd Ste 400** <br> **Chicago, IL  60606-6974** | | | Assignee or other notification for: <br> Merchants' Credit Guide Co. | | | | |

Sheet no. ___**15**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **4,883.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1125**<br>**Mercy Hospital and Medical Center**<br>**2525 S Michigan Ave**<br>**Chicago, IL  60616-2315** | | W | **Paitent Emilia Marneris;  Guarantor Beata Marneris** | | | | **63.75** |
| ACCOUNT NO. **1135**<br>**Mercy Hospital and Medical Center**<br>**2525 S Michigan Ave**<br>**Chicago, IL  60616-2315** | | W | **Medical Bill- Patient Athanasios Marneris; Guarantor Beata Marneris** | | | | **63.75** |
| ACCOUNT NO. **1110**<br>**Mercy Hospital and Medical Center**<br>**2525 S Michigan Ave**<br>**Chicago, IL  60616-2315** | | W | **Medical Bill - Patient Vasiliki Marneris; Guarantor Beata Marneris** | | | | **63.75** |
| ACCOUNT NO. **2715**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2251** | | W | **Target National Bank # account-4352377607740154**<br>**2013-09-01** | | | | **3,810.00** |
| ACCOUNT NO.<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2255** | | | **Assignee or other notification for:**<br>**Midland Credit Management, Inc.** | | | | |
| ACCOUNT NO. **4875**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2251** | | H | **T-Mobile Account # 472336504**<br>**2011-06-01** | | | | **Notice Only** |
| ACCOUNT NO.<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2255** | | | **Assignee or other notification for:**<br>**Midland Credit Management, Inc.** | | | | |

Sheet no. **16** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **4,001.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** Marneris, Ilias & Marneris, Beata _____    Case No. _____
    Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2439**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2251** | | W | **Ge Money Bank - Gap Clothing Company- account # 6018595216152039**<br>**2010-10-01** | | | | **1,182.00** |
| ACCOUNT NO.<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2255** | | | **Assignee or other notification for:**<br>**Midland Credit Management, Inc.** | | | | |
| ACCOUNT NO. **1919**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2251** | | W | **Ge Money Bank Account- Banana Republic account # 6018594504197764**<br>**2013-03-01** | | | | **Notice Only** |
| ACCOUNT NO.<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2255** | | | **Assignee or other notification for:**<br>**Midland Credit Management, Inc.** | | | | |
| ACCOUNT NO. **2773**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2251** | | W | **Chase Bank USA account ending in 2598** | | | | **Notice Only** |
| ACCOUNT NO. **9809**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2251** | | H | **Sam's Club GE Money Bank # 7714120490110269** | | | | **794.87** |
| ACCOUNT NO. **4091**<br>**Midland Credit Management, Inc.**<br>**PO Box 60578**<br>**Los Angeles, CA  90060-0578** | | W | **GE Money Bank** | | | | **3,580.57** |

Sheet no. **17** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,557.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                        Case No. _____
_____
Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5890**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA  92123-2251** | | W | TJ Maxx Credit Card debit | | | | 1,433.24 |
| ACCOUNT NO. **8786**<br>**Monarch Recovery Management, Inc**<br>**10965 Decatur Rd**<br>**Philadelphia, PA  19154-3210** | | W | **Account from The Gap** | | | | **Notice Only** |
| ACCOUNT NO. **1630**<br>**Morgan & Pottinger**<br>**2401 Stanley Gault Pkwy**<br>**Louisville, KY  40223-5187** | | H | **Collection from Jefferson Capital System LLC** | | | | 8,303.61 |
| ACCOUNT NO. **7629**<br>**MRS Associates of New Jersey**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ  08003-2016** | | H | **Chase Bank USA NA # 5582508618359043** | | | | 646.58 |
| ACCOUNT NO. **3983**<br>**N Comun Stbk**<br>**3639 N Broadway St**<br>**Chicago, IL  60613-4421** | | H | **Installment account**<br>**2003-04-08** | | | | 112,964.00 |
| ACCOUNT NO. **6621**<br>**National Action Financial Services**<br>**PO Box 9027**<br>**Williamsville, NY  14231-9027** | | W | **GE Money Bank/Lowes via Cavalry SPV I LLC** | | | | 2,003.45 |
| ACCOUNT NO. **2591**<br>**National Recovery Solutions LLC**<br>**PO Box 322**<br>**Lockport, NY  14095-0322** | | W | **HSBC/Carsons account** | | | | 4,086.27 |

Sheet no. __**18**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **129,437.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE Marneris, Ilias & Marneris, Beata**                    Case No. _____
_____
Debtor(s)                                         (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8780**<br>**Nations Recovery Center Inc.**<br>**6491 Peachtree Industrial Blvd**<br>**Atlanta, GA  30360-2100** | | W | **Via World Financial Network Bank** | | | | **Notice only** |
| ACCOUNT NO. **6HHW**<br>**NCO Financial Systems**<br>**PO Box 15740**<br>**Wilmington, DE  19850-5740** | | W | **debt collection agency** | | | | **273.84** |
| ACCOUNT NO. **3579**<br>**Nelson, Watson & Associates LLC**<br>**80 Merrimack St Lowr**<br>**Haverhill, MA  01830-5211** | | W | **HSBC Bank Nevada NA account ending in 5418** | | | | **3,438.43** |
| ACCOUNT NO. **1270**<br>**NES of Ohio**<br>**29125 Solon Rd**<br>**Solon, OH  44139-3442** | | W | **Victoria's Secret/ World Financial National Bank account ending in 9537** | | | | **1,597.42** |
| ACCOUNT NO. **3245**<br>**Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL  60507-2020** | | H | **Gas bill for Ouzo Inc** | | | | **552.91** |
| ACCOUNT NO. **2117**<br>**Noel Alcantara, M.D., S.C.**<br>**PO Box 388320**<br>**Chicago, IL  60638-8320** | | H | **Medical Bill** | | | | **624.00** |
| ACCOUNT NO. **1618**<br>**Northland Group**<br>**PO Box 390905**<br>**Minneapolis, MN  55439-0905** | | W | **Department Stores National Bank- Macys account ending in 5334** | | | | **Notice Only** |

Sheet no. _**19**_ of _**27**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,486.60**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

IN RE **Marneris, Ilias & Marneris, Beata** _____    Case No. _____
                                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9043**<br>**Northland Group**<br>**PO Box 390905**<br>**Minneapolis, MN  55439-0905** | | H | **Ouzo Inc. Re: Chase Bank debt** | | | | **699.96** |
| ACCOUNT NO. **6723**<br>**Ocwen Loan Servicing LLC**<br>**PO Box 24781**<br>**West Palm Beach, FL  33416-4781** | | J | **Property Located at 3838 West 47th Street 3 NW Chicago IL** | | | | **19,513.90** |
| ACCOUNT NO. **5083**<br>**Pathology Consultants of Chicago, LTD**<br>**PO Box 88493**<br>**Chicago, IL  60680-1493** | | W | **Medical bills- Urinalysis Patient Athanasios Marneris; Guarantor Beata Marneris** | | | | **9.00** |
| ACCOUNT NO. **5667**<br>**Pathology Consultants of Chicago, LTD**<br>**PO Box 88493**<br>**Chicago, IL  60680-1493** | | W | **Medical bills Patient Vasiliki Marneris; Guarantor Beata Marneris** | | | | **9.00** |
| ACCOUNT NO. **2932**<br>**Peoples Energy**<br>**130 E Randolph St**<br>**Chicago, IL  60601-6207** | | W | **Gas bill- 4715 S Avers Ave Chicago IL** | | | | **40.26** |
| ACCOUNT NO. **6218**<br>**Peoples Gas**<br>**PO Box 19100**<br>**Green Bay, WI  54307-9100** | | H | **gas bill** | | | | **505.94** |
| ACCOUNT NO. **0410**<br>**Plaza Associates**<br>**PO Box 2770**<br>**New York, NY  10116-2770** | | W | **Department Store National Bank account ending in 5350** | | | | **Notice only** |

Sheet no. **20** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **20,778.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Marneris, Ilias & Marneris, Beata
_____   Case No. _____
              Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6720** <br> **Plaza Associates JAF station** <br> **PO Box 2769** <br> **New York, NY  10116-2769** | | W | Chase account | | | | **Notice Only** |
| ACCOUNT NO. **8780** <br> **Portfolio Recovery** <br> **140 Corporate Blvd** <br> **Norfolk, VA  23502-4952** | | W | Collection account from World Financial Network Bank originally the Room Place | | | | **Notice Only** |
| ACCOUNT NO. **0437** <br> **Portfolio Recovery Associates LLC** <br> **PO Box 12903** <br> **Norfolk, VA  23541-0903** | | W | Re: Us Bank National Association | | | | **Notice Only** |
| ACCOUNT NO. **0476** <br> **Portfolio Recovery Associates LLC** <br> **c/o Blatt Hasenmiller, Leibsker & MooreL** <br> **125 S Wacker Dr Ste 400** <br> **Chicago, IL  60606-4440** | | H | Default Judgment case #  12 AR 000476 | | | | **25,593.58** |
| ACCOUNT NO. **4833** <br> **Praxis Financial Solutions** <br> **7301 N Lincoln Ave Ste 220** <br> **Lincolnwood, IL  60712-1733** | | W | Original creditor US BANK; account number- 4692278567499675- Creditor Cascade Capital LLC | | | | **Notice Only** |
| ACCOUNT NO. **8033** <br> **Preferred Open MRI** <br> **4200 W 63rd St Ste A** <br> **Chicago, IL  60629-5010** | | H | Medical bill | | | | **1,707.00** |
| ACCOUNT NO. **5934** <br> **Protocol Recovery Services, Inc.** <br> **509 Mercer Ave** <br> **Panama City, FL  32401-2631** | | W | HSBC Bank Nevada, NA- Menards | | | | **3,478.60** |

Sheet no. __21__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,779.18**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**
_____   Case No. _____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0411** <br> **RadAdvantage LLC** <br> **6245 Lemay Ferry Rd** <br> **Saint Louis, MO  63129-2805** | | W | **Medical Bills** | | | | **49.00** |
| ACCOUNT NO. **8622** <br> **RadAdvantage LLC** <br> **6245 Lemay Ferry Rd** <br> **Saint Louis, MO  63129-2805** | | H | **Medical bills** | | | | **10.60** |
| ACCOUNT NO. **1125** <br> **RCS** <br> **PO Box 361230** <br> **Birmingham, AL  35236-1230** | | W | **Mercy Hospital and Medical Center Collection** | | | | **Notice Only** |
| ACCOUNT NO. **1110** <br> **RCS** <br> **PO Box 361230** <br> **Birmingham, AL  35236-1230** | | W | **Mercy Hospital and Medical Center Collection** | | | | **Notice Only** |
| ACCOUNT NO. **1135** <br> **RCS** <br> **PO Box 361230** <br> **Birmingham, AL  35236-1230** | | W | **Mercy Hospital and Medical Center Collection** | | | | **Notice Only** |
| ACCOUNT NO. **3333** <br> **Restaurant Depot** <br> **1524 132nd St** <br> **College Point, NY  11356-2440** | | H | **Ouzo Inc account** | | | | **Notice Only** |
| ACCOUNT NO. **2229** <br> **Resurgence Legal Group** <br> **1161 Lake Cook Rd Ste E** <br> **Deerfield, IL  60015-5277** | | H | **Judgment in RLG's favor. Case # 12SC2495 Stemming from Chase Bank** | | | | **4,547.90** |

Sheet no. **22** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,607.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                              Case No. _____
_____
Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9845**<br>**Sage Capital Recovery**<br>**1040 Kings Hwy N**<br>**Cherry Hill, NJ  08034-1908** | | H | **Ouzo Inc., Creditor Chase Bank- Heritage Bank One** | | | | 723.74 |
| ACCOUNT NO. **3826**<br>**Scott Lowery Law Office**<br>**1422 E 71st St Ste B**<br>**Tulsa, OK  74136-5060** | | W | **Re: US Bank Account 4692278567499675** | | | | Notice Only |
| ACCOUNT NO. **4154**<br>**Society Insurance**<br>**150 Camelot Dr**<br>**Fond du Lac, WI  54935-8030** | | H | **Chris' in bensenville  dba Ouzo insurance bill** | | | | 625.92 |
| ACCOUNT NO. **8562**<br>**Society Insurance**<br>**150 Camelot Dr**<br>**Fond du Lac, WI  54935-8030** | | H | **Chris' in bensenville  dba Ouzo insurance bill** | | | | 341.00 |
| ACCOUNT NO. **6244**<br>**State Collection Service Inc.**<br>**2509 S Stoughton Rd**<br>**Madison, WI  53716-3314** | | H | **Collection on Emergency Healthcare Physicians bill** | | | | Notice Only |
| ACCOUNT NO. **1955**<br>**State Collection Services**<br>**2509 S Stoughton Rd**<br>**Madison, WI  53716-3314** | | W | **Emergency Healthcare Phys B Account** | | | | Notice Only |
| ACCOUNT NO. **3474**<br>**State Collections Services**<br>**2509 S Stoughton Rd**<br>**Madison, WI  53716-3314** | | H | **Emergency Health Care Collection Bill # 173474** | | | | Notice Only |

Sheet no. **23** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,690.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Marneris, Ilias & Marneris, Beata
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1131** <br> **Suburban Radiologist, SC** <br> **1446 Momentum Pl** <br> **Chicago, IL  60689-5314** | | W | **Medical Bill** | | | | **16.00** |
| ACCOUNT NO. **6543** <br> **Suburban Radiologists, SC** <br> **1446 Momentum Pl** <br> **Chicago, IL  60689-5314** | | W | **Medical bill Patient Emilia Marneris; Guarantor Beata Marneris** | | | | **24.00** |
| ACCOUNT NO. **1429** <br> **Superlative RM** <br> **9355 E Stockton Blvd Ste 210** <br> **Elk Grove, CA  95624-9528** | | W | **US Bank Acct # 4692278567499675** | | | | **Notice Only** |
| ACCOUNT NO. **6504** <br> **T-Mobile** <br> **PO Box 53410** <br> **Bellevue, WA  98015-3410** | | H | **Cell Phone Bill** | | | | **1,892.68** |
| ACCOUNT NO. **0680** <br> **Teller, Levit & Silvertrust** <br> **19 S La Salle St Ste 701** <br> **Chicago, IL  60603-1431** | | H | **deficiency Judgment order on 7320 S. Kingston, Chicago IL** | | | | **155,204.29** |
| ACCOUNT NO. **4192** <br> **The Shindler Law Firm** <br> **1990 E Algonquin Rd Ste 180** <br> **Schaumburg, IL  60173-4164** | | H | **Chase Bank USA Debt** | | | | **Notice Only** |
| ACCOUNT NO. **1899** <br> **Transworld Systems Inc** <br> **1375 E Woodfield Rd # 110** <br> **Schaumburg, IL  60173-5423** | | W | **Trugreen Bill** | | | | **21.88** |

Sheet no. **24** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **157,158.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**                    Case No. _____
_____
            Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9675**<br>**US Bank<br>PO Box 108<br>Saint Louis, MO  63166-0108** | | W | **Credit card debt** | | | | **11,674.50** |
| ACCOUNT NO. **7246**<br>**Valentine & Kebartas Inc<br>PO Box 325<br>Lawrence, MA  01842-0625** | | W | **Chase bank USA NA** | | | | **12,733.71** |
| ACCOUNT NO. **4068**<br>**Valentine & Kebartas Inc.<br>PO Box 325<br>Lawrence, MA  01842-0625** | | W | **Collection on Chase Bank USA NA** | | | | **13,616.16** |
| ACCOUNT NO. **3918**<br>**Valentine & Kebartas, Inc.<br>PO Box 325<br>Lawrence, MA  01842-0625** | | H | **Re: Chase Bank USA account # 5401683049561068** | | | | **Notice Only** |
| ACCOUNT NO. **9017**<br>**Valentine & Kebartas, Inc.<br>PO Box 325<br>Lawrence, MA  01842-0625** | | H | **Chase Bank USA NA 426684116461517** | | | | **4,112.94** |
| ACCOUNT NO. **6916**<br>**Van RU Credit Corporation<br>1350 E Touhy Ave Ste 100E<br>Des Plaines, IL  60018-3337** | | W | **DSNB/Macy's** | | | | **Notice Only** |
| ACCOUNT NO. **1186**<br>**Van RU Credit Corporation<br>1350 E Touhy Ave Ste 100E<br>Des Plaines, IL  60018-3337** | | W | **Discover Card Account # 6011007200284429** | | | | **Notice Only** |

Sheet no. ___**25**___ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **42,137.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata**          Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7686** <br> **Veolia Environmental Services** <br> 4612 W Lake St <br> Melrose Park, IL  60160-2747 | | H | Chris's Restaurant waste pick up | | | | 137.64 |
| ACCOUNT NO. **5350** <br> **Visdsnb** <br> 9111 Duke Blvd <br> Mason, OH  45040-8999 | | W | Revolving account <br> 2008-08-01 | | | | 2,705.00 |
| ACCOUNT NO. **3694** <br> **Vital Records Services, Inc.** <br> PO Box 923748 <br> Peachtree Corners, GA  30010-3748 | | W | Purchased Account at Hsbc Bank Nevada N.A. <br> Menards- 06004300112805418 <br> 2010-01-01 | | | | 3,592.69 |
| ACCOUNT NO. <br> **Lvnv Funding LLC** <br> PO Box 10497 <br> Greenville, SC  29603-0497 | | | Assignee or other notification for: <br> Vital Records Services, Inc. | | | | |
| ACCOUNT NO. **0476** <br> **WILL COUNTY, ILLINOIS** | | W | Judgment account opened 5/7/2012 | | | | 25,594.00 |
| ACCOUNT NO. **2730** <br> **WILL COUNTY, ILLINOIS** | | W | Judgment account opened 1/15/2010 | | | | 8,209.00 |
| ACCOUNT NO. **2495** <br> **WILL LAW MAGISTRATE CO** | | H | Judgment account opened 4/27/2012 <br> Judgment in RLG's favor. Case # 12SC2495 Stemming from Chase Bank | | | | 4,547.00 |

Sheet no. __26__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $ **44,785.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Marneris, Ilias & Marneris, Beata** _____    Case No. _____
                         Debtor(s)                                                (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7299** <br><br> **WILL LAW MAGISTRATE COURT** | | W | **Judgment account opened 12/5/2013** | | | | **1,204.00** |
| ACCOUNT NO. **8780** <br><br> **World Financial Network Bank** <br> **Portfolio Recovery Associates, LLC** <br> **PO Box 12914** <br> **Norfolk, VA  23541-0914** | | W | **Debt originating from The Room Place** <br> **2012-05-01** | | | | **2,531.49** |
| ACCOUNT NO. <br><br> **Portfolio Recovery** <br> **Attn: Bankruptcy** <br> **PO Box 41067** <br> **Norfolk, VA  23541-1067** | | | **Assignee or other notification for:** <br> **World Financial Network Bank** | | | | |
| ACCOUNT NO. **7188** <br><br> **World Financial Network Nat L** | | W | **Open account** <br> **2013-10-01** | | | | **1,606.00** |
| ACCOUNT NO. <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA  92123-2255** | | | **Assignee or other notification for:** <br> **World Financial Network Nat L** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **27** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **5,341.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ **1,054,019.82**

IN RE **Marneris, Ilias & Marneris, Beata** _____   Case No. _____
                                         Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

IN RE **Marneris, Ilias & Marneris, Beata** _____  Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

---

**Fill in this information to identify your case:**

Debtor 1    **Ilias Marneris**
         First Name        Middle Name        Last Name

Debtor 2    **Beata Marneris**
(Spouse, if filing) First Name       Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Illinois, Eastern Division

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:**    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | **Nicky Restaurant** | **Self-employed as a cleaning lady** |
| **Employer's address** | **5801 S Kedzie Ave**<br>Number   Street | **1532 Parkside Dr**<br>Number   Street |
| | **Chicago, IL 60629-3212**<br>City    State    ZIP Code | **Bolingbrook, IL 60490-3244**<br>City    State    ZIP Code |
| **How long employed there?** | **1 months** | **3 years** |

---

**Part 2:**    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ **2,816.67** | $ **1,400.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3.   + $ _____ | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $ **2,816.67** | $ **1,400.00** |

---

Debtor 1    **Ilias  Marneris**
First Name    Middle Name    Last Name

Case number (*if known*)_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ....................................................... ➔ 4. | $ __2,816.67__ | $ __1,400.00__ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ __650.01__ | $ _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ | $ _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ | $ _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ | $ _____ |
| 5e. **Insurance** | 5e. | $ _____ | $ _____ |
| 5f. **Domestic support obligations** | 5f. | $ _____ | $ _____ |
| 5g. **Union dues** | 5g. | $ _____ | $ _____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ _____ | + $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ __650.01__ | $ _____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ __2,166.66__ | $ __1,400.00__ |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ __0.00__ | $ __0.00__ |
| 8b. **Interest and dividends** | 8b. | $ _____ | $ _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ | $ _____ |
| 8d. **Unemployment compensation** | 8d. | $ _____ | $ _____ |
| 8e. **Social Security** | 8e. | $ _____ | $ _____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ _____ | $ _____ |
| 8g. **Pension or retirement income** | 8g. | $ _____ | $ _____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ _____ | + $ _____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ __0.00__ | $ __0.00__ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ __2,166.66__ + | $ __1,400.00__ = $ __3,566.66__ |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ __3,566.66__

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: **None**

**Fill in this information to identify your case:**

Debtor 1    **Ilias  Marneris**
<u> First Name                  Middle Name            Last Name </u>

Debtor 2    **Beata  Marneris**
(Spouse, if filing)   First Name            Middle Name         Last Name

United States Bankruptcy Court for the: Northern District of Illinois, Eastern Division

Case number
(If known)   _____

**Check if this is:**

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No<br>☐ Yes |
| **Daughter** | **19** | ☐ No<br>☑ Yes |
| **Daughter** | **18** | ☐ No<br>☑ Yes |
| **Son** | **15** | ☐ No<br>☑ Yes |
| | | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.   $_____1,899.00_____ |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.   $_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b.   $_____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.   $_____ |
| 4d. | Homeowner's association or condominium dues | 4d.   $_____ |

| Debtor 1 | **Ilias Marneris** | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Your expenses** |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $_____

6. **Utilities:**

   6a.  Electricity, heat, natural gas    6a. $ **225.00**

   6b.  Water, sewer, garbage collection    6b. $ **100.00**

   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. $ **200.00**

   6d.  Other. Specify: _____    6d. $_____

7. **Food and housekeeping supplies**    7. $ **400.00**

8. **Childcare and children's education costs**    8. $_____

9. **Clothing, laundry, and dry cleaning**    9. $ **60.00**

10. **Personal care products and services**    10. $ **60.00**

11. **Medical and dental expenses**    11. $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $ **250.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $_____

14. **Charitable contributions and religious donations**    14. $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance    15a. $_____

   15b.  Health insurance    15b. $_____

   15c.  Vehicle insurance    15c. $ **75.00**

   15d.  Other insurance. Specify: _____    15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $_____

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1    17a. $_____

   17b.  Car payments for Vehicle 2    17b. $_____

   17c.  Other. Specify: _____    17c. $_____

   17d.  Other. Specify: _____    17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).**    18. $_____

19. **Other payments you make to support others who do not live with you.**
Specify: _____    19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.  Mortgages on other property    20a. $_____

   20b.  Real estate taxes    20b. $_____

   20c.  Property, homeowner's, or renter's insurance    20c. $_____

   20d.  Maintenance, repair, and upkeep expenses    20d. $ **50.00**

   20e.  Homeowner's association or condominium dues    20e. $_____

Debtor 1    **Ilias  Marneris**_____    Case number (*if known*)_____
First Name      Middle Name      Last Name

---

21.  **Other**. Specify: _____    21.  **+**$_____

22.  **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.                                      22.    $_____**3,319.00**_____

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____**3,566.66**_____

23b.  Copy your monthly expenses from line 22 above.                      23b.  **−**$_____**3,319.00**_____

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.                                 23c.    $_____**247.66**_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    | **None**
          |

---

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Marneris, Ilias & Marneris, Beata**                                    Case No. _____
_____
          Debtor(s)                                                      (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **48** sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date: **December  5, 2014** _____        Signature: */s/ Ilias Marneris* _____
                                                        **Ilias Marneris**                                        Debtor

Date: **December  5, 2014** _____        Signature: */s/ Beata Marneris* _____
                                                        **Beata Marneris**                               (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

_____

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address


_____       _____
Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:


*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.


Date: _____        Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

          *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                                    Case No. _____

**Marneris, Ilias & Marneris, Beata** _____    Chapter **7** _____

<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE

-464,058.00  2010 - 1040 US Individual Income Tax Return

-406,076.00  2011 - 1040 US Individual Income Tax Return

-349,238.00  2012 - 1040 US Individual Income Tax Return

-317,515.00  2013 - 1040 US Individual Income Tax Return

-7,265.00  2009 -  Spitia Inc., S US Income Tax Return for an S Corporation
Rental Company

-20,482.00  2010 - Spitia Inc., S US Income Tax Return for an S Corporation
Rental Company

-147,005.00  2008 - Ouzo Inc., S US Income Tax Return for an S Corporation

-472.00  2009 - Ouzo Inc., S US Income Tax Return for an S Corporation

-464,058.00  2010 3rd party Tax Transcript for Ilias Marneris
# of Exemptions 5, Tax Paid:$0.00, Refund:$6,860.00

-406,076.00  2011 3rd party Tax Transcript for Ilias Marneris
# of Exemptions 5, Tax Paid:$0.00, Refund:$5,632.00

-349,238.00  2012 3rd party Tax Transcript for Ilias Marneris
# of Exemptions 5, Tax Paid:$0.00, Refund:$7,254.00

-317,515.00  2013 3rd party Tax Transcript for Ilias Marneris

# of Exemptions 4, Tax Paid:$0.00, Refund:$4,527.00

0.00  2010 3rd party Tax Transcript for Ilias Marneris

# of Exemptions 0, Tax Paid:$0.00, Refund:$0.00

0.00  2011 3rd party Tax Transcript for Ilias Marneris

# of Exemptions 0, Tax Paid:$0.00, Refund:$0.00

0.00  2012 3rd party Tax Transcript for Ilias Marneris

# of Exemptions 0, Tax Paid:$0.00, Refund:$0.00

0.00  2013 3rd party Tax Transcript for Ilias Marneris

# of Exemptions 0, Tax Paid:$0.00, Refund:$0.00

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Archer Bank v Illias Marneris 12CH-6083** | **Foreclosure** | **Cook County Chancery Division** | **7320 S. Kingston Chicago, IL. Judgment against Marneris $155,204.29** |
| **Resurgence Capital LLC v Louis Marneris.  Case Number 12SC2495** | **Small Claims** | **Will County** | **Default Judgment for Resurgence $4,547.90+186 (costs)= 4733.9** |
| **Judgment in RLG's favor. Case # 12SC2495 Stemming from Chase Bank** | | | |
| **Unifund CCR Partners v Beata Marneris; 12 AR 1597** | **Arbitration** | **Will County** | **Default Judgment against Marneris; Award of 10,668.08** |
| **City of Chicago v Louis Marneris and Skippy's Gyros III, Inc; 2013** | **Wage deduction Notice** | **Cook County** | **Judgment against Defendants** |

-M1-674113

| Board of Managers of Archer Heights Condominium Association v. Ilias Marneris; Beata Marneris and Unknown Occupants; 10 M1-726501 | Order for Possession | Cook County | Judgment for Archer Heights |
|---|---|---|---|
| Wells Fargo Bank v. Ilias Marneris; FANE Inc.; Beata Marneris; Unknown Owners and Non-Record Claimants; 10 CH 41751 | Foreclosure | Cook County | granted |
| Wirtz Beverage; Judge & Dolph LTD v. Ouzo Inc; Louis Marneris | Breach of Contract | Cook County | Judgment $1459 |
| City of Chicago v Marneris, Louis; 13DS60675L | Administrative Hearing | Chicago Il, Dept. of Administrative Hearings | Default judgment- $1,200 |
| Fane Inc. v Ouzo Inc., 2007L007535 | Breach of contract | Chicago Illinois Circuit Court Cook County Law Department | Default Judgment for Fane |
| City of Chicago v. Louis Marneris 10 DS 008442 | Administrative hearings collection | Chicago Illinois Cook county Department of Revenue | amount owed $340 |

Re: 7640 S Marquette Chicago IL

| City of Chicago v Louis Marneris: Administrative hearings # 13DS 87190L | | Chicago IL Department of Administrative hearing | Default judgment  $1840 |
|---|---|---|---|

6519 S Emerald Ave Chicago IL; uncut weeds; Accumulation of Materials or Junk potential rat harborage

| City of Chicago v Louis Marneris; Administrative hearings 13 DS 84329L | | Chicago IL Department of Administrative hearings | Default Judgment; $1240 |
|---|---|---|---|

6519 S Emerald Ave Chicago IL, uncut weeds

| City of Chicago v Louis Marneris; Administrative hearings #11 DS 38208L | | Chicago IL; Department of Administrative hearings | Default $841.04 |
|---|---|---|---|

Streets and Sanitation for 4715 S Avers Ave

| City of Chicago v Louis Marneris; Administrative hearings 10DS008351 | | Chicago IL Department of Administrative hearings | Default for $340 |
|---|---|---|---|

Streets and sanitation 7640 S Marquette Chicago IL

| City of Chicago v. Louis Marneris; 10 BT 01085A | Administrative hearings | Chicago IL, Dept. of Administrative hearings | Default for $3040 |
|---|---|---|---|

building violation at 7640 S Marquette Chicago IL

| City of Chicago v. Louis Marneris; 13DS66352L | Administrative hearings | Chicago IL, Dept. of Administrative hearings | Default $1240 |
|---|---|---|---|

Streets and Sanitation at 6519 S Emerald Chicago IL

| City of Chicago v Louis Marneris; Administrative hearings 06BS03798A | | Chicago IL; Dept. of Administrative hearings | Default $1050 |
|---|---|---|---|

| City of Chicago v. Louis Marneris; 12 DS 41506L | Administrative hearings | Chicago IL; Dept. of Administrative hearings | default $290.50 |
|---|---|---|---|

Streets and Sanitation 6519 S Emerald Ave

| City of Chicago v Louis Marneris; Administrative hearings 10BT00240A | | Chicago IL; Dept of Administrative hearings | Default $540.80 |
|---|---|---|---|

| City of Chicago v. Louis Marneris; 13 DS 87251L | Administrative hearings | Chicago IL; Dept. of Administrative hearings | Default $1200 |
|---|---|---|---|

6519 S Emerald Ave chicago IL

| City of Chicago v. Louis Marneris; 13 DS 75349L | Administrative hearings | Chicago IL; Dept. of Administrative hearings | Default $1200 |
|---|---|---|---|

uncut weeds at 6519 S. Emerald Ave Chicago IL

| City of Chicago v. Louis Marneris; 10DS12828L | Administrative Hearing | Chicago IL; Dept. of Administrative Hearings | not liable- City failed to meet burden |
|---|---|---|---|
| Marneris, Louis v Portfolio Recovery Associates LLC; | Arbitration | Will County | Default Judgment $25,593.58 |

12AR000476

| City of Chicago v Louis Marneris; Administrative Hearing 14 DS 03888L | Administrative hearing Cook County | Streets and san; 6519 S Emerald Ave Chicago, IL Judgment $640 |
|---|---|---|

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo Bank NA**<br>**4101 Wiseman Blvd**<br>**San Antonio, TX  78251-4200** | **2/27/13** | **4715 South Avers Ave. Chicago IL 60632** |
| **Judicial Sale Deed- Recorded 3/7/2014** | | |
| **Deutsche Bank National Trust Company**<br>**c/o Ocwen Loan Servicing; Kevin Jackson**<br>**1661 Worthington Rd Ste 100**<br>**West Palm Beach, FL  33409-6493** | **12/12/12** | **3838 West 47th Street 3NW Chicago Il 60632** |
| **Judicial Sale Deed** | | |
| **Archer Bank**<br>**7320 S Kingston Ave**<br>**Chicago, IL  60649-3415** | **6/25 2012** | **Judgment amount $165,994.07** |
| **Notice of sale Case # 12 CH 06083** | | |
| **Onewest Bank FSB**<br>**PO Box 7056**<br>**Pasadena, CA  91109-7056** | **2/11/10** | **7640 S Marquette Ave Chicago IL 60649** |
| **Notice of Sale pursuant to a Judgment of Foreclosure** | | |
| **One West Bank**<br>**2900 Esperanza Xing**<br>**Austin, TX  78758-3658** | **5/27/2011** | **7640 S Marquette Ave, Chciago IL 60649** |
| **Judicial Sale** | | |
| **One West Bank**<br>**2900 Esperanza Xing**<br>**Austin, TX  78758-3658** | **5/27/2011** | **7642 S Marquette Chicago IL** |
| **Judicial Sale** | | |

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **M. Hedayat & Associates, P.C.**<br>**1211 W Lakeview Ct**<br>**Romeoville, IL  60446-6501** | | **2500** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|------|--|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|------|--|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|------|--|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|------|--|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

       *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|------|--|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **December  5, 2014**          Signature  */s/ Ilias Marneris*

                                  of Debtor                                                                **Ilias Marneris**

Date: **December  5, 2014**          Signature  */s/ Beata Marneris*

                                    of Joint Debtor                                                         **Beata Marneris**
                                    (if any)

<u>        **0** </u> continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

**B8 (Official Form 8) (12/08)**

### United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                              Case No. _____

**Marneris, Ilias & Marneris, Beata**                              Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans** | **Describe Property Securing Debt:**<br>**1532 Parkside Dr, Bolingbrook, IL 60490-3244** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Green Tree Servicing L** | **Describe Property Securing Debt:**<br>**1532 Parkside Dr, Bolingbrook, IL 60490-3244** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**December  5, 2014**_____          ***/s/ Ilias Marneris***_____
                                              Signature of Debtor

                                              ***/s/ Beata Marneris***_____
                                              Signature of Joint Debtor

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Real Time Resolution** | **Describe Property Securing Debt:**<br>**1532 Parkside Dr, Bolingbrook, IL 60490-3244** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**1**___ of ___**1**___

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

**IN RE:**                                                            Case No. _____

**Marneris, Ilias & Marneris, Beata** _____ Chapter **7** _____
                                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors _____ **158**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **December  5, 2014** _____    */s/ Ilias Marneris* _____
                                          Debtor


                                          */s/ Beata Marneris* _____
                                          Joint Debtor

Marneris, Ilias
1532 Parkside Dr
Bolingbrook, IL  60490-3244

Allied Waste
2608 S Damen Ave
Chicago, IL  60608-5209

Bay Area Credit Service LLc
1901 W 10th St
Antioch, CA  94509-1380

Marneris, Beata
1532 Parkside Dr
Bolingbrook, IL  60490-3244

American Profit Recovery
34405 W 12 Mile Rd Ste 379
Farmington Hills, MI  48331-5608

Blatt, Hasenmiller, Leibsker & Moore, LL
125 S Wacker Dr Ste 400
Chicago, IL  60606-4424

M. Hedayat & Associates, P.C.
1211 W Lakeview Ct
Romeoville, IL  60446-6501

Americollect
PO Box 1566
Manitowoc, WI  54221-1566

Blitt and Gaines
661 Glenn Ave
Wheeling, IL  60090-6017

Abraham V Jacob M.D.
422 Lavergne Ave
Wilmette, IL  60091-2902

Archer Bank
4970 S Archer Ave Apt Bank
Chicago, IL  60632-3623

Capital Mangement Service, LP
726 Exchange St Ste 700
Buffalo, NY  14210-1464

Accounts Receivable Management Inc.
PO Box 129
Thorofare, NJ  08086-0129

Archer Heights Condominium Association
Dickler, Kahn, Slowikowski & Zavell., LT
85 W Algonquin Rd Ste 420
Arlington Heights, IL  60005-4419

Cavalary Portofolio Services, LLC
NES of Ohio
29125 Solon Rd
Solon, OH  44139-3442

ACN
1000 Progress Pl
Concord, NC  28025-2449

Associated Creditors Exchange, INC.
PO Box 33130
Phoenix, AZ  85067-3130

CB Accounts INC
124 SW Adams St
Peoria, IL  61602-1320

Adventist Bolingbrook Hospital
PO Box 9247
Oak Brook, IL  60522-9247

Associated Recovery Systems
PO Box 469046
Escondido, CA  92046-9046

CBCS
PO Box 163250
Columbus, OH  43216-3250

Alliance One Receivables Mangement, Inc.
4850 E Street Rd Ste 300
Trevose, PA  19053-6643

AT&T
PO Box 8100
Aurora, IL  60507-8100

CBCS
30 E Broad St Fl 14
Columbus, OH  43215-3414

Allianceone
1684 Woodlands Dr Ste 15
Maumee, OH  43537-4093

Baker and Miller PC
29 N Wacker Dr Ste 500
Chicago, IL  60606-3227

Cci
Augusta, GA  30901

Allied Interstate
PO Box 4000
Warrenton, VA  20188-4000

Bank of America Home Loans
PO Box 650070
Dallas, TX  75265-0070

Chase
PO Box 15298
Wilmington, DE  19850-5298

Chase Bank USA N.A.
PO Box 15298
Wilmington, DE 19850-5298

City of Chicago
City of Chicago Administrative Hearings
PO Box 71429
Chicago, IL 60694-1429

CMRE Financial Services. INC.
3075 E Imperial Hwy # 200
Brea, CA 92821-6753

Chase Receivables
1247 Broadway
Sonoma, CA 95476-7503

City of Chicago
Markoff & Krasny
29 N Wacker Dr Ste 550
Chicago, IL 60606-2851

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Chicago Department of Revenue
Chicago Department of Revenue
333 S State St Ste 540
Chicago, IL 60604-3951

City of Chicago
Markoff Krasny LLC
29 N Wacker Dr Ste 550
Chicago, IL 60606-2851

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
D1
50 W Washington St Rm 601
Chicago, IL 60602-1313

Choice Recovery
1550 Old Henderson Rd
Columbus, OH 43220-3626

City of Chicago
Dept. of Revenue-Water
PO Box 6330
Chicago, IL 60680-6330

COOK LAW MAGISTRATE - CHICAGO
50 W Washington St Rm 601
Chicago, IL 60602-1313

Choice Recovery, INC
1550 Old Henderson Rd Ste S100
Columbus, OH 43220-3662

City of Chicago
City of chiago Administrative Hearings
PO Box 71429
Chicago, IL 60694-1429

COOK LAW MAGISTRATE-
50 W Washington St Rm 601
Chicago, IL 60602-1313

City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
PO Box 24738
West Palm Beach, FL 33416-4738

City of Chicago
111 W Jackson Blvd Ste 600
Chicago, IL 60604-3517

Credit Mediators Inc
PO Box 456
Upper Darby, PA 19082-0456

City of Chicag
121 N La Salle St
Chicago, IL 60602-1202

City of Chicago
8212 Innovation Way
Chicago, IL 60682-0082

Creditor Asset Acceptance LLC
Chase Receivables
1247 Broadway
Sonoma, CA 95476-7503

City of Chicago
City of Chicago
8212 Innovation Way
Chicago, IL 60682-0082

Client Services
3451 Harry S Truman Blvd
Saint Charles, MO 63301-4047

Creditors Financial Group LLC
PO Box 440290
Aurora, CO 80044-1500

City of Chicago
Dept. of Revenue
121 N La Salle St Rm 107A
Chicago, IL 60602-1232

CMI Credit Mediators Inc.
PO Box 456
Upper Darby, PA 19082-0456

Creditors Financial Group LLC
3131 S Vaughn Way Ste 110
Aurora, CO 80014-3501

City of Chicago
Markoff Law LLC
29 N Wacker Dr Ste 550
Chicago, IL 60606-2851

CMRE Financial services Inc.
3075 E Imperial Hwy # 200
Brea, CA 92821-6753

Creditors Interchange Receivable Mgmt
80 Holtz Dr
Cheektowaga, NY 14225-1470

Department Stores National Bank Macys
Department Stores National Bank
PO Box 8066
Mason, OH  45040-8066

Emergency Healthcare Physicians
2509 S Stoughton Rd
Madison, WI  53716-3314

Genesis Clinical Laboratory
PO Box 830913
Birmingham, AL  35283-0913

Dickler, Kahn, Slowikowski & Zavell LTD
85 W Algonquin Rd
Arlington Heights, IL  60005-4422

ER Solution
10750 Hammerly Blvd # 200
Houston, TX  77043-2317

Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN  55101-7707

Dino Dimakis
801 IL Route 83
Bensenville, IL  60106-1219

Fane Inc
SERPE FERDINAND P
1317 S 1st Ave
Maywood, IL  60153-2405

Grove Dental Associates P.C.,
6800 Main St Ste 315
Downers Grove, IL  60516-3478

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE  19850-5316

FBCS Services
2200 Byberry Rd Ste 120
Hatboro, PA  19040-3739

Gus J. Bahramis & Co P.C. CPA's
1645 S River Rd Ste 17
Des Plaines, IL  60018-2206

DU PAGE LAW MAGISTRATE
Office of the Circuit Court Clerk
505 N County Farm Rd Box 707
Wheaton, IL  60187-3907

Fenton & McGarvey Law Firm
2401 Stanley Gault Pkwy
Louisville, KY  40223-5187

Holy Cross Hospital
Payment Processing Center
PO Box 2166
Bedford Park, IL  60499-2166

Dupage Pathology Associates SC
520 E 22nd St
Lombard, IL  60148-6110

Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN  55438-5908

I.C. System Inc.,
444 Highway 96 E
Saint Paul, MN  55127-2557

Elan Financial Services
PO Box 790084
Saint Louis, MO  63179-0084

FirstSource Advantage LLC
205 Bryant Woods S
Amherst, NY  14228-3609

I.C. System, INC
444 Highway 96 E
Saint Paul, MN  55127-2557

Emergency Healthcare Phys B
39182 Treasury Ctr
Chicago, IL  60694-9000

FMS Incorporated
4915 S Union Ave
Tulsa, OK  74107-7839

Illinois Department of Revenue
PO Box 64338
Chicago, IL  60664-0338

Emergency Healthcare phys B
PO Box 366
Hinsdale, IL  60522-0366

Frederick Hanna & Assoc.
1427 Roswell Rd
Marietta, GA  30062-3668

Illinois Secretary of State
Business Services Department
501 S 2nd St Rm 350
Springfield, IL  62756-1000

Emergency Healthcare Physician
2509 S Stoughton Rd
Madison, WI  53716-3314

Freedman Anselmo Lindberg
1771 W Diehl Rd Ste 150
Naperville, IL  60563-4947

IndymacBank
PO Box 78826
Phoenix, AZ  85062-8826

Jacob Collection Group LLC
2623 W Oxford Loop
Oxford, MS 38655-5442

Merchants Credit Guide
223 W Jackson Blvd Ste 400
Chicago, IL 60606-6974

National Action Financial Services
PO Box 9027
Williamsville, NY 14231-9027

Jefferson Capital Systems LLC
Morgan & Pottinger, P.S.C. Attorneys at
2401 Stanley Gault Pkwy
Louisville, KY 40223-5187

Merchants' Credit Guide Co.
223 W Jackson Blvd # 700
Chicago, IL 60606-6914

National Recovery Solutions LLC
PO Box 322
Lockport, NY 14095-0322

Kalantzis Law Firm LLC
1861 Hicks Rd Ste B
Rolling Meadows, IL 60008-1239

Mercy Hospital and Medical Center
2525 S Michigan Ave
Chicago, IL 60616-2315

Nations Recovery Center Inc.
6491 Peachtree Industrial Blvd
Atlanta, GA 30360-2100

Kevin B. Wilson Law Offices
2810 Walker Rd Ste 102
Chattanooga, TN 37421-1082

Midland Credit Management, Inc.
8875 Aero Dr Ste 200
San Diego, CA 92123-2251

NCO Financial Systems
PO Box 15740
Wilmington, DE 19850-5740

Kohner Mann & Kailas
4650 N Port Washington Rd
Milwaukee, WI 53212-1077

Midland Credit Management, Inc.
PO Box 60578
Los Angeles, CA 90060-0578

Nelson, Watson & Associates LLC
80 Merrimack St Lowr
Haverhill, MA 01830-5211

Leading Edge Recovery Solutions, LLC
5440 N Cumberland Ave Ste 300
Chicago, IL 60656-1486

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

NES of Ohio
29125 Solon Rd
Solon, OH 44139-3442

Lvnv Funding LLC
PO Box 10497
Greenville, SC 29603-0497

Monarch Recovery Management, Inc
10965 Decatur Rd
Philadelphia, PA 19154-3210

Nicor Gas
PO Box 2020
Aurora, IL 60507-2020

Markoff Law LLC
29 N Wacker Dr Ste 550
Chicago, IL 60606-2851

Morgan & Pottinger
2401 Stanley Gault Pkwy
Louisville, KY 40223-5187

Noel Alcantara, M.D., S.C.
PO Box 388320
Chicago, IL 60638-8320

McKey & Poague R.E. Services Inc.
1348 E 55th St
Chicago, IL 60615-5381

MRS Associates of New Jersey
1930 Olney Ave
Cherry Hill, NJ 08003-2016

Northland Group
PO Box 390905
Minneapolis, MN 55439-0905

Merchants Cr
223 W Jackson Blvd Ste 400
Chicago, IL 60606-6974

N Comun Stbk
3639 N Broadway St
Chicago, IL 60613-4421

Ocwen Loan Servicing LLC
PO Box 24781
West Palm Beach, FL 33416-4781

Osi Collect
507 Prudential Rd
Horsham, PA 19044-2308

Portfolio Recovery Associates LLC
PO Box 12903
Norfolk, VA 23541-0903

Scott Lowery Law Office
1422 E 71st St Ste B
Tulsa, OK 74136-5060

Pathology Consultants of Chicago, LTD
PO Box 88493
Chicago, IL 60680-1493

Praxis Financial Solutions
7301 N Lincoln Ave Ste 220
Lincolnwood, IL 60712-1733

Society Insurance
150 Camelot Dr
Fond du Lac, WI 54935-8030

Peoples Energy
130 E Randolph St
Chicago, IL 60601-6207

Preferred Open MRI
4200 W 63rd St Ste A
Chicago, IL 60629-5010

State Collection Service Inc.
2509 S Stoughton Rd
Madison, WI 53716-3314

Peoples Gas
PO Box 19100
Green Bay, WI 54307-9100

Protocol Recovery Services, Inc.
509 Mercer Ave
Panama City, FL 32401-2631

State Collection Services
2509 S Stoughton Rd
Madison, WI 53716-3314

Pinnacle Credit Servic
7900 Highway 7 # 100
Saint Louis Park, MN 55426-4045

RadAdvantage LLC
6245 Lemay Ferry Rd
Saint Louis, MO 63129-2805

State Collections Services
2509 S Stoughton Rd
Madison, WI 53716-3314

Plaza Associates
PO Box 2770
New York, NY 10116-2770

RCS
PO Box 361230
Birmingham, AL 35236-1230

Suburban Radiologist, SC
1446 Momentum Pl
Chicago, IL 60689-5314

Plaza Associates JAF station
PO Box 2769
New York, NY 10116-2769

Real Time Resolution
1750 Regal Row Ste 120
Dallas, TX 75235-2287

Suburban Radiologists, SC
1446 Momentum Pl
Chicago, IL 60689-5314

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541-1067

Restaurant Depot
1524 132nd St
College Point, NY 11356-2440

Superlative RM
9355 E Stockton Blvd Ste 210
Elk Grove, CA 95624-9528

Portfolio Recovery
140 Corporate Blvd
Norfolk, VA 23502-4952

Resurgence Legal Group
1161 Lake Cook Rd Ste E
Deerfield, IL 60015-5277

T-Mobile
PO Box 53410
Bellevue, WA 98015-3410

Portfolio Recovery Associates LLC
c/o Blatt Hasenmiller, Leibsker & MooreL
125 S Wacker Dr Ste 400
Chicago, IL 60606-4440

Sage Capital Recovery
1040 Kings Hwy N
Cherry Hill, NJ 08034-1908

Teller, Levit & Silvertrust
19 S La Salle St Ste 701
Chicago, IL 60603-1431

**The Shindler Law Firm**
**1990 E Algonquin Rd Ste 180**
**Schaumburg, IL  60173-4164**

**World Financial Network Bank**
**Portfolio Recovery Associates, LLC**
**PO Box 12914**
**Norfolk, VA  23541-0914**

**Transworld Systems Inc**
**1375 E Woodfield Rd # 110**
**Schaumburg, IL  60173-5423**

**US Bank**
**PO Box 108**
**Saint Louis, MO  63166-0108**

**Valentine & Kebartas Inc**
**PO Box 325**
**Lawrence, MA  01842-0625**

**Valentine & Kebartas Inc.**
**PO Box 325**
**Lawrence, MA  01842-0625**

**Valentine & Kebartas, Inc.**
**PO Box 325**
**Lawrence, MA  01842-0625**

**Van RU Credit Corporation**
**1350 E Touhy Ave Ste 100E**
**Des Plaines, IL  60018-3337**

**Veolia Environmental Services**
**4612 W Lake St**
**Melrose Park, IL  60160-2747**

**Visdsnb**
**9111 Duke Blvd**
**Mason, OH  45040-8999**

**Vital Records Services, Inc.**
**PO Box 923748**
**Peachtree Corners, GA  30010-3748**